# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CIRBY K. BELL,

    Plaintiff,

v.

BLACK'S LIQUOR, LLC, and
LANCE A. VOGEL

    Defendants.

Case No. 18-2130

## MEMORANDUM & ORDER

On July 13, 2018, the court entered a Memorandum and Order adopting Magistrate Judge Gerald L. Rushfelt's June 20, 2018 Report and Recommendation. (Doc. 8.) The court dismissed this case without prejudice for lack of jurisdiction and for failure to state claim upon which relief may be granted. Any response to Judge Rushfelt's Report and Recommendation was due July 5, 2018. Plaintiff did not timely respond. Plaintiff did file an untimely response on July 13, 2018 (Doc. 7), shortly before the court's order was entered. Plaintiff's response does not address the issues resulting in plaintiff's claim being dismissed. He does not explain why this court has jurisdiction, or provide a statutory or factual basis for his claims. Despite its untimely filing, the court does not strike plaintiff's response, but because it does not alter the court's judgment, the court's Memorandum and Order (Doc. 8) stands as entered.

Dated July 16, 2018, at Kansas City, Kansas.

                                            s/ Carlos Murguia
                                            **CARLOS MURGUIA**
                                            **United States District Judge**